IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re the matter of | \| | Chapter 11 |
| | \| | |
| Keith Pipeline Maintenance, Inc. | \| | No. 09 B 36194 |
| | \| | |
| Debtors. | \| | Judge John H. Squires |

## NOTICE

PLEASE TAKE NOTICE that on the 19th day of November, 2009 at the hour of 10:00 A.M. the undersigned will appear before the Honorable John H. Squires, United States Bankruptcy Judge, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and move the Court to approve an agreement between the Debtors herein and Ford Motor Credit Company with respect to the adequate protection of the interest of Ford Motor Credit Company in a certain motor vehicles, described more fully in said Order, upon which motor vehicles Ford Motor Credit Company claims perfected security interests.

That the agreement between the Debtors and Ford Motor Credit Company is an agreement that was made subsequent to the presentation of a motion by Ford Motor Credit Company seeking relief from the automatic stay. The Order was entered as an Interim Adequate Protection Order and Ford Motor Credit Company LLC is moving that the aforementioned Order is entered as a final Adequate Protection Order. A copy of the proposed Order memorializing the oral agreement earlier reached is attached hereto and incorporated by reference.

PLEASE TAKE FURTHER NOTICE that objections may be filed with the Court and served upon the undersigned and the Debtors and Debtors' attorney and United States Trustee on or before November 19th, 2009 at 10:00 A.M. If no objection is filed, the Court may enter an Order on November 19, 2009 approving or disapproving the agreement without conducting a hearing. If an objection is filed, the Court, on November 19th, 2009, may still enter the Order or may set a hearing on any such objection, and the Debtors will serve further notice of any such hearing as provided by Bankruptcy Rule 4001.

FORD MOTOR CREDIT COMPANY LLC

BY:   /s/ Christopher H. Purcell

Christopher H. Purcell
Sherman&Sherman
120 S. LaSalle, Suite 1460
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. For Ford Motor Credit Company LLC

In re the matter of                      |      Chapter 11
                                         |
    Keith Pipeline Maintenance, Inc.     |      No. 09 B 36194
                                         |
    Debtors.                             |      Judge John H. Squires

## PROOF OF SERVICE

TO:   Keith Pipeline Maintenance, Inc.          U.S. Trustee's Office
      21036 Curtis Lane                         via electronic notification
      Custer Park, IL 60481
      Via regular mail

      Chris D. Rouskey                           See Attached Service List
      Via electronic notification                via regular mail

ALSO SEE ATTACHED SERVICE LIST

     I, the undersigned attorney, certify that I served a copy of Notice of Adequate
Protection Order with a copy of the Proposed Adequate Protection Order attached, upon
The U.S. Trustee's Office and Chris D. Rouskey via electronic notification that occurs
upon the filing of the Notice and upon Keith Pipeline Maintenance, Inc. and all other
parties listed on the attached service list, by mailing same in a properly addressed
envelope, postage prepaid, from 120 S. LaSalle Street, Chicago, Illinois 60603 before the
hour of 5:00 P.M. on the 3rd day of November, 2009.

                                              BY:   /s/ Christopher H. Purcell
                                                    Christopher H. Purcell
                                                    Sherman & Sherman

Christopher H. Purcell
Sherman&Sherman
120 S. LaSalle, Suite 1460
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. For Ford Motor Credit Company LLC

## List of Creditors

Allocco. Miller & Cahill
3409 North Paulina Street
Chicago, IL 60657

Capital One Bank
C/O Blatt, Hasenmiller, Leibsker
P.O. Box 5463
Chicago. IL 60680

Chase Cardmember Services
P.O. Box 94014
Palatine. IL 60094

CNH Capital
Department CH 10460
Palatine. IL 60055

First Midwest Bank, N.A. Equity Card
C/O LHR, Inc.
6341 Inducon Drive East
Sanborn, NY 14132

Fleet Response
Suite 250
6450 Rockside Woods Boulevard
Cleveland, OH 44131

Grundy Bank
P.O. Box 520
Morris. IL 60450

I.D.E.S
Collection Section
33 South State Street, 10th Floor
Chicago, IL 60603

Voyager Fleet Systems
C/O Attorney John C. Williams
1612 Northeast Expressway
Atlanta, GA 30329

Internal Revenue Service
2001 Butterfield Road
Downers Grove. IL 60515

Laborers Pension and Welfare Funds
C/O Attorney Patrick T. Wallace
111 West Jackson Boulevard. Suite 1415
Chicago, IL 60604

McKenzie Tree Service. Inc.
C/O Attorney J. Michael Ivey
300 Tennessee Avenue South
Parsons. TN 38363

Nelson Tree Service
C/O Attorney Stephen Burriesci
200 West Adams Street. Suite 1005
Chicago. IL 60606

Patten Industries, Inc.
C/O Attorney Nina C. Raphael
1900 Spring Road, Suite 216
Oak Brook. IL 60523

RSC Equipment Rental
P.O. Box 840514
Dallas. TX 75284

Snook Rentals
1200 North Division Street
Morris, IL 60450

Suntrust Bank
C/O Attorney Cristian Leiva
333 West Wacker Drive. Suite 500
Chicago, IL 60606