IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | Chapter 11 |
| Keith Pipeline Maintenance, Inc. | No. 09 B 36194 |
| Debtors. | Judge John H. Squires |

### ADEQUATE PROTECTION ORDER

This cause coming on to be heard on the motion to modify of Ford Motor Credit Company LLC, and the Court being fully advised in the premises;

1.   IT IS HEREBY ORDERED that the Debtor shall pay to Ford Motor Credit Company LLC as required to remain completely current under the terms of the retail installment contracts, for adequate protection, for the interest of Ford Motor Credit Company LLC in its collateral as listed in paragraph 2 of this Order. That the Debtors shall comply with all of the terms and conditions of the Retail Installment Contracts between the Debtors and Ford Motor Credit Company LLC in all other respects, and the Debtors shall continue to make said adequate protection payments and to comply with the terms of the aforementioned Retail Installment Contracts until such time, if ever, as this case is dismissed, converted to a case arising under Chapter 7 of the Bankruptcy Code, a plan under Chapter 11 of the Bankruptcy Code is confirmed by the Court, or the Debtor's obligations to Ford Motor Credit Company LLC have been satisfied in full.

2.   IT IS FURTHER ORDERED that for the purposes of this Order the vehicles, and the underlying debts said vehicles secures are as follows:

>   2006 Ford F150, VIN 1FTPW14V56KD63058, Acct. XXXX8621
>   2006 Ford E250, VIN 1FTNE24L36HB35264, Acct XXXX0428
>   2006 Ford F 150, VIN 1FTPW145X6FA01476, Acct. XXXX4252

3.   IT IS FURTHER ORDERED that the restraining provisions of Section 362 of the Bankruptcy Code is modified to the limited extent to allow regular communications between Ford Motor Credit Company LLC, and its agents, including but not limited to, phone conversations, monthly bills, invoices, past due notices etc. That this is with respect to the debts secured by the collateral listed in paragraph 2 of this Order.

4.   IT IS HEREBY ORDERED that, if at any time during the pendency of this Chapter 11 case the Debtors' payments to Ford Motor Credit Company LLC pursuant to one or more of the underlying retail installment contracts secured by the collateral listed in paragraph 2 of this Order accrue a default equal to TWO monthly payments or more, or if at any time any of the aforementioned vehicles are not covered by collision and comprehensive insurance naming Ford Motor Credit Company LLC as the loss-payee

thereof, then and in that event counsel for Ford Motor Credit Company LLC may send notice of said payment default and / or insurance default to the Debtor and Debtors' attorney, and, if said payment default and / or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, *WITH PROOF OF SAID CURE BEING PROVIDED TO Sherman&Sherman*, then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without further notice, hearing, or Order, to permit Ford Motor Credit Company LLC to take possession of and foreclose its security interest in the Debtors' vehicle(s) as described in paragraph 2 of this Order.

Christopher H. Purcell
Sherman & Sherman
120 S. LaSalle, Suite 1420
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. for Ford Motor Credit Company LLC    Dated: __19 NOV 2009__

Entered: _____
Bankruptcy Judge